# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Julie Lawrence,       Case No. 20-cv-02536 (MJD/LIB)

    Plaintiff,

            **ORDER FOR DISMISSAL**

vs.

Clow Stamping Company,
a domestic corporation,

    Defendant.

---

The foregoing Stipulation of Dismissal with Prejudice, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

        BY THE COURT

Dated:  June 22, 2021    s/Michael J. Davis
           Judge Michael J. Davis
           United States District Court